# PD-0732-15

NO. _____

| | | |
|---|---|---|
| THOMAS BROCK<br>Appellant | § | IN THE COURT OF |
| | § | |
| | § | |
| | § | |
| Vs, | § | CRIMINAL APPEALS |
| | § | |
| | § | |
| THE STATE OF TEXAS<br>Appellee | § | OF TEXAS |
| | § | |

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

### PRO SE MOTION REQUESTING LEAVE TO FILE
### AN ORIGINAL COPY OF THE
### PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes, Now, the Appellant/Petitioner in the above styled and number cause and respectfully moves this Honorable Court to grant leave to file an Original copy only of the Petition for Discretionary Review and in support thereof would show the following:

1. The style and Appeal number in the Texas court of Appeals, Third District, at Austin is, No. 03-14-00059-CR, Thomas Brock V. The State of Texas.

2. The Appellant/Petitioner moves that, pursuant to Rule 2, Texas Rules of Appelate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary with the Court.

3. The facts relied upon to show good cause for this request are, as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by Counsel and intends to file a Pro Se Petition for Discretionary Review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

1.

**PRAYER**

Wherefore, Premises ,Considered, the Appellant/Petitioner respectfully request that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted

*Thomas Brock*

Thomas Brock

**CERTIFICATE OF SERVICE**

I, <u>THOMAS</u> <u>BROCK</u>, Appellant, hereby certify under penalty of perjury under the Laws of the United States of American that on June 10,2015 a Origional of the above forgoing Motion was send by U.S. Mail to the below address.

CLERK OF THE COURT
OF CRIMINAL APPEALS
P.O. BOX 12308
Austin, Texas 78711

Respectfully submitted

*Thomas Brock*

Thomas Brock
TDCJ-ID #1907902
Clements,Unit
9601 Spur 591
Amarillo,TX 79107-9606

2.